AUSA Stephen Chahn Lee (312) 353-4127

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

### AFFIDAVIT OF WARRANT IN REMOVAL PROCEEDINGS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | No. **08 CR 586** |
| vs. ) | |
| ) | Hon. Michael T. Mason |
| HILMI SALAMEH ) | |

The undersigned Affiant personally appeared before the Honorable _Michael T. Mason_, a United States Magistrate Judge, and being duly sworn on oath, states: That at _Montgomery, in the Middle District of Alabama_, one, _Hilmi Salameh_, was indicted on the offense of _failing to report the receipt of more than $10,000_, in violation of Title _31_, United States Code, Section _5331(a)_, (*see* Ex. A, Indictment) and that on the basis of Affiant's investigation and information received concerning the case through official channels, Affiant does hereby certify that a Warrant for Arrest is outstanding for the arrest of said defendant. *See* Ex. B, Warrant of Arrest.

Wherefore, Affiant prays that the defendant be dealt with according to law.

JESSE SIERRA
Special Agent
Internal Revenue Service, Criminal Investigation

Subscribed and Sworn to before me this
23rd day of _July_, 2008.

MICHAEL T. MASON
United States Magistrate Judge

FILED
7-23-08
JUL 23 2008 TC

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

FILED
MAY 29 2008
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | CR. NO. 2:08CR111-WKW |
| v. ) | [31 USC 5331(a)] |
| ) | |
| HILMI SALAMEH ) | INDICTMENT |

The Grand Jury charges:

### COUNT 1

On or about July 3, 2004, in the Middle District of Alabama, the defendant,

### HILMI SALAMEH,

doing business as Eagle Export Company, Inc., a trade and business, as specified and defined by, Title 31, United States Code, Section 5312(a)(2)(T), said trade and business being required to file a Form 8300 pursuant to Title 31, United States Code, Section 5331 and the regulations in C.F.R., Section 103.30, did knowingly and willfully fail to file Form 8300 to report the receipt of more than $10,000 dollars in assorted United States currency, specifically: the purchase of a 2004 BMW 645CI by Keith Williams, in violation of Title 31, United States Code, Section 5331(a).

A TRUE BILL:

\

2

*Leura G. Canary*
LEURA G. CANARY
UNITED STATES ATTORNEY

*Susan R. Redmond*
Susan R. Redmond
Assistant United States Attorney

ATTEST: A True Copy.
Certified to __6/2__, 20__08__
Clerk, U.S. District Court,
Middle District of Alabama
BY _____
Deputy Clerk

Exhibit A

AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

MIDDLE   District of   ALABAMA

UNITED STATES OF AMERICA

V.

HILMI SALAMEH

**WARRANT FOR ARREST**

Case Number: 2:08cr111-WKW

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest   HILMI SALAMEH
                                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

| X Indictment | ☐ Information | ☐ Complaint | ☐ Order of court | ☐ Probation Violation Petition | ☐ Supervised Release Violation Petition | ☐ Violation Notice |

charging him or her with   (brief description of offense)

IRS Reporting Violation

in violation of Title   31   United States Code, Section(s)   5331(a)

DEBRA P. HACKETT
Name of Issuing Officer

CLERK, U.S. DISTRICT COURT, MIDDLE ALABAMA
Title of Issuing Officer

By: _[signature]_
Signature of Issuing Officer

June 2, 2008,  Montgomery, AL
Date and Location

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST | | |

Exhibit B