# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Michael T. Mason | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 586 - 1 | **DATE** | 7/23/2008 |
| **CASE TITLE** | USA vs. Hilmi Salameh | | |

**DOCKET ENTRY TEXT**

Removal proceedings held. Defendant appears in response to arrest on 7/23/08. Defendant informed of his rights. The Court appoints Timothy O'Connor as counsel for the defendant for removal proceedings only. Defendant waives his right to an identity hearing. Enter Order Setting Conditions of Release. Order defendant removed to the Middle District of Alabama, Montgomery, for further proceedings.

■ [ For further detail see separate order(s).]   Docketing to mail notices.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|