**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Middle District of Alabama
   P.O. Box 711
   Montgomery AL 36101

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____ ☐ Agent ☒ Addressee

B. Received by (Printed Name): A. GREEN
C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☐ Express Mail
   ☐ Return Receipt for Merchandise
   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 9708 7540

PS Form 3811, February 2004    Domestic Return Receipt    08 CR 586    102595-02-M-1540

FILED
Aug 7, 2008
AUG 0 7 2008    YM

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT