

UNITED STATES DISTRICT COURT
EVERETT MCKINLEY DIRKSEN BUILDING
UNITED STATES COURT HOUSE
219 S. DEARBORN STREET
CHICAGO ILLINOIS 60604

2008 AUG -4

**MICHAEL W. DOBBINS**  A. P. HACKETT, CLK
**CLERK**    U.S. DISTRICT COURT
            MIDDLE DISTRICT ALA

OFFICE OF THE CLERK

July 28, 2008

Middle District of Alabama
P.O. Box 711
Montgomery, AL 36101

Re: U.S. -v- Salameh
Case: 08 CR 111

08 cr 111

**F I L E D**

AUG 1 1 2008
Aug 11, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk of Court:

Enclosed please find the certified copy of the docket entries in connection with removal proceedings conducted in this District regarding the above named defendant.

As of January 18, 2005 for civil and criminal cases, our court uses electronic case filing. You may access our electronic case file and print copies of electronically filed documents by following the procedures on the attached Instruction Sheet. You will need Adobe Acrobat reader loaded on your computer in order to view the documents. If you are an electronic court, you may upload the documents. All documents filed prior to electronic filing are included in this transfer package. (January 18, 2005 for civil and criminal cases)

Please **DO NOT MAKE THE ENCLOSED INSTRUCTION SHEET A PART OF THE OFFICIAL RECORD** as it contains your login and password to our system. This login and password should not be shared with anyone other than federal court personnel who would have a need to access our electronic case file system.

_X_ Docket Sheet  (08 CR 586)           _X_ Affidavit in Removal

_X_ Order setting conditions of release  _X_ Appearance Bond

Please acknowledge receipt of the above documents on the enclosed copy of this letter.

Sincerely yours,

Michael W. Dobbins, Clerk

by: /s/ Laura Springer
    Deputy Clerk